**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-2250**

JOHN S. COATES, III,

Plaintiff - Appellant,

versus

HOWARD COUNTY, Maryland,

Defendant - Appellee,

and

JAMES ROBEY,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
2088-L)

Submitted: December 11, 1997        Decided: December 24, 1997

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John S. Coates, III, Appellant Pro Se.  Richard Edwin Basehoar, Senior Assistant County Attorney, Ellicott City, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion for summary judgment and dismissing his complaint alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Coates v. Robey, No. CA-96-2088-L (D. Md. July 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED